JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREEMAN, individually, on a representative basis, and on behalf of all others similarly situated;<br><br>Plaintiff,<br>vs.<br><br>STERIGENICS U.S., LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive;<br><br>Defendants. | Case No.: 5:23-cv-00284-ODW-KK<br>*[Assigned to Hon. Judge Otis D. Wright, II*<br><br>**ORDER ON STIPULATION REMANDING ACTION TO SAN BERNARDINO COUNTY SUPERIOR COURT** |

**ORDER**

Upon stipulation of the Parties, and for good cause appearing, the Court ORDERS as follows:

1. All dates presently all on calendar for this matter are vacated; and
2. Plaintiff's case is remanded to San Bernardino County Superior Court.

IT IS SO ORDERED.

DATED: March 31, 2023

_____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT COURT JUDGE